UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

COLLEEN O'BRIEN, individually and )
on behalf of all others similarly situated, )
                                                                 )
                       Plaintiffs, )
                                                                 )
                              v. )                   CASE NO. 1:09-cv-00554-TAB-JMS
                                                                 )
MERRILL MOORES, )
                                                                 )
                       Defendant. )

**FINAL JUDGMENT**

Final judgment is now entered in favor of the Plaintiffs and against the Defendant as follows: (1) $4,000 to be paid to the class members; (2) $1,000 as an incentive to class representative Colleen O'Brien; and (3) $30,000 attorneys' fees to class counsel.

      SO ORDERED.

Dated: 11/02/2011

                                                               _____
                                                               Tim A. Baker
                                                               United States Magistrate Judge
                                                               Southern District of Indiana

Copies to:

Rochelle Elaine Borinstein
Attorney at Law
rborinstein@stanleykahn.com

Laurel Robin Klapper Gilchrist
KLAPPER ISAAC & GILCHRIST
laurelgilchrist@hotmail.com

Merrill Scooter Moores
mmoores1@comcast.net